# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **MARIO THOMAS,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CIV. ACT. NO. 1:19-cv-48-TFM-M |
| **ASHTON & COMPANY, INC.** | ) |
| **Defendant.** | ) |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order that was entered on this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall recover nothing by this suit.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58. This case is hereby closed.

**DONE** and **ORDERED** this the 18th day of February 2021.

                s/Terry F. Moorer
                TERRY F. MOORER
                UNITED STATES DISTRICT JUDGE